Eric A. LaGuardia (SBN 272791)
**LAGUARDIA LAW**
3245 University Ave, #1
San Diego, CA 92104
Tel.  (619) 655-4322
Fax.  (619) 655-4344
eal@laguardialaw.com

Attorney for Objector,
Jill Weitzner

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE EISEN KYMMBERLI R. UREDA, LEE SMITH, and FREDERICK NELSON-BONEBRAKE individually, and on behalf of a class of similarly situated individuals, <br><br> Plaintiffs, <br><br> vs. <br><br> PORSCHE CARS NORTH AMERICA, INC., <br><br> Defendant. | **Case No.: CV11-9405 CAS (FFMx)** <br><br> **NOTICE OF LODGING OF DECLARATION OF JILL WEITZNER IN SUPPORT OF JILL WEITZNER'S NOTICE OF OBJECTIONS TO CLASS SETTLEMENT AND INTENT TO APPEAR AT FINAL APPROVAL HEARING** |

**NOTICE OF LODGING OF DECL IN SUPPORT OF OBJECTIONS TO CLASS SETTLEMENT AND INTENT TO APPEAR AT FINAL APPROVAL HEARING** - 1

1   PLEASE TAKE NOTICE that Jill Weitzer hereby lodges the Declaration of Jill Weitzner
2   and Exhibits attached thereto in support of JILL WEITZNER'S NOTICE OF OBJECTIONS TO
3   CLASS SETTLEMENT AND INTENT TO APPEAR AT FINAL APPROVAL HEARING.
4
5   Dated: **October 25, 2013**             **LAGUARDIA LAW**
6
7                                            /s/Eric A. LaGuardia
                                             ERIC A. LAGUARDIA
8                                            Attorney for Objector,
                                             Jill Weitzner