Stephen M. Harris, Bar No. 110626
smh@kpclegal.com
KNAPP, PETERSEN & CLARKE
550 North Brand Boulevard, Suite 1500
Glendale, California 91203-1922
Telephone: (818) 547-5000
Facsimile: (818) 547-5329

Attorneys for Plaintiffs
BRUCE EISEN, KYMMBERLI R. UREDA, LEE SMITH, and FREDERICK NELSON-BONEBRAKE, individually, and on behalf of a class of similarly situated individuals

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| BRUCE EISEN, KYMMBERLI R. UREDA, LEE SMITH, and FREDERICK NELSON-BONEBRAKE, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>PORSCHE CARS NORTH AMERICA, INC.,<br><br>Defendant. | NO. CV11-9405 CAS (FFMx)<br><br>Assigned for All Purposes to the Honorable Christina A. Snyder - Ctrm 5<br><br>Date Action Filed: November 10, 2011<br><br>**STIPULATION CONTINUING HEARING OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT, PLAINTIFFS' APPLICATION FOR FEES AND COSTS, AND RELATED DEADLINES** |

KNAPP,
PETERSEN
& CLARKE

-1-

1885808.1 08000/00944

Plaintiffs Bruce Eisen, Kymmberli R. Ureda, Lee Smith, and Frederick Nelson-Bonebrake ("Plaintiffs"), individually, and on behalf of a class of similarly situated individuals, by and through their undersigned attorneys, and Defendant Porsche Cars North America, Inc. ("PCNA"), by and through its undersigned attorneys, stipulate as follows:

## I.

## RECITALS

Presently, a court hearing on the motion for final approval of the class action settlement and Plaintiffs' application for attorneys' fees and costs is scheduled for December 2, 2013, while the deadline to file the motion for final approval, responses to any objections, and Plaintiffs' application for attorneys' fees and costs is November 18, 2013.

Counsel for Plaintiffs must participate in depositions scheduled in another case on November 6 and 7 and November 13 and 14, 2013. In addition, on two other cases, Plaintiffs' attorney must be in San Francisco for a court hearing on November 15, 2013, and must be in Phoenix, Arizona, for a deposition on November 18, 2013.

In addition, although the Settlement Administrator has made significant progress, it is not yet finished with the claims process including determining the total value of the claims made. The Settlement Administrator has confirmed that 3,151 claims have been received to date. 782 claims have been reviewed and 346 claims have been preliminarily approved totaling claim demands at a value of approximately $2,900,000. While the final approved amount still needs to be evaluated, it is clear the final amount will be substantial.

Therefore, based on class counsel's schedule, and the present status of this case, the parties stipulate as provided below.

///

///

KNAPP, PETERSEN & CLARKE

-2-

## II.

## STIPULATION

IT IS STIPULATED by counsel of record that the hearing on final approval of the class action settlement and Plaintiffs' application for attorneys' fees and costs is hereby continued to December 30, 2013, at 10:00 a.m. in Courtroom 5 of the above-entitled court.

It is also stipulated by counsel of record that the deadlines for filing the motion for final approval, responses to any objections, and Plaintiffs' application for attorneys' fees and costs are hereby extended to December 16, 2013.

Dated: November 5, 2013        KNAPP, PETERSEN & CLARKE

By: /s/Stephen M. Harris
Stephen M. Harris
Attorneys for Plaintiffs
BRUCE EISEN, KYMMBERLI R. UREDA, LEE SMITH, and FREDERICK NELSON-BONEBRAKE, individually, and on behalf of a class of similarly situated individuals

Dated: November 5, 2013        LEE, HONG, DEGERMAN, KANG & WAIMEY

By: /s/Stephen T. Waimey
Stephen T. Waimey
Attorneys for Defendant
PORSCHE CARS NORTH AMERICA, INC.

KNAPP, PETERSEN & CLARKE

-3-

1885808.1 08000/00944