Stephen M. Harris, Bar No. 110626
smh@kpclegal.com
Barry R. Gammell, Bar No. 103218
bg@kpclegal.com
K.L. Myles, Bar No. 243272
klm@kpclegal.com
KNAPP, PETERSEN & CLARKE
550 North Brand Boulevard, Suite 1500
Glendale, California 91203-1922
Telephone: (818) 547-5000
Facsimile: (818) 547-5329

Attorneys for Plaintiffs
BRUCE EISEN, KYMMBERLI R. UREDA, LEE SMITH, and FREDERICK NELSON-BONEBRAKE, individually, and on behalf of a class of similarly situated individuals

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| BRUCE EISEN, KYMMBERLI R. UREDA, LEE SMITH, and FREDERICK NELSON-BONEBRAKE, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>PORSCHE CARS NORTH AMERICA, INC.,<br><br>Defendant. | NO. CV11-9405 CAS (FFMx)<br><br>Assigned for All Purposes to the Honorable Christina A. Snyder - Ctrm 5<br><br>Date Action Filed: November 10, 2011<br><br>**SUPPLEMENTAL DECLARATION OF STEPHEN M. HARRIS REGARDING CURRENT CLAIMS DATA AND SUPPORTING MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FOR ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE ENHANCEMENTS** |

KNAPP,
PETERSEN
& CLARKE

-1-

1931131.1 08000/00944

<u>DECLARATION OF STEPHEN M. HARRIS</u>

I, Stephen M. Harris, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court. I am a member of the law firm of Knapp, Petersen & Clarke, counsel of record for Plaintiffs in this action.

2. I submit this declaration in further support of the motion for final approval of class action settlement and the motion for approval of Class Counsel's attorneys' fees and costs as well as the representative enhancements. This declaration is submitted solely to update the Court on the current claims data, which was provided to me by PCNA and the claims administrator on January 3, 2014. Based on the nature of the oral proceedings of January 6, 2014, this data was not presented to the Court at that time.

3. As of January 3, 2014, there are 544 eligible pre-notice reimbursement claims with a gross value of $4,341,154.29 and a net value (after application of the payment schedule) of $1,905,458.88. Also, as of January 3, 2014, there are 38 post-notice claims which PCNA has approved with a value of $665,699.11.

Executed on this 7th day of January, 2014, at Glendale, California.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Stephen M. Harris
Stephen M. Harris

KNAPP,
PETERSEN
& CLARKE

-2-

1931131.1  08000/00944