STEPHEN T. WAIMEY (SBN 87262)
stephen.waimey@lhlaw.com
YVONNE DALTON (SBN 216515)
yvonne.dalton@lhlaw.com
ANIKA S. PADHIAR (SBN 272632)
anika.padhiar@lhaw.com
**LEE, HONG, DEGERMAN, KANG & WAIMEY**
3501 Jamboree Road, Suite 6000
Newport Beach, CA 92660
Telephone: 949.250.9954
Facsimile:  949.250.9957

JEFFREY A. ROSENFELD (SBN 136896)
jeffrey.rosenfeld@dlapiper.com
MONICA D. SCOTT (SBN 268109)
monica.scott@dlapiper.com
**DLA PIPER LLP (US)**
1999 Avenue of the Stars, Suite 400
Los Angeles, CA  90067-6023
Telephone:   310.595.3000
Facsimile:  310.595.3300

Attorneys for Defendant
PORSCHE CARS NORTH AMERICA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BRUCE EISEN, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>PORSCHE CARS NORTH AMERICA, INC.,<br><br>Defendant. | **CASE NO.  CV11-9405 CAS (FFMx)**<br><br>*[Hon. Christina A. Snyder]*<br><br>**[PROPOSED] ORDER APPROVING WITHDRAWAL OF OBJECTIONS TO CLASS ACTION SETTLEMENT; FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Having considered Plaintiffs Bruce Eisen, Lee Smith, Kymmberli Ureda and Frederick Nelson-Bonebrake ("Plaintiffs") and Defendant Porsche Cars North America, Inc.'s ("PCNA") Stipulation Re Withdrawal of Objections to Class Action Settlement and Final Judgment of Dismissal with Prejudice, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Court approves the settlement agreement entered into by and between Objector Jill Weitzner ("Weitzner"), her counsel, Eric A. LaGuardia of LaGuardia Law ("Weitzner's counsel"), and Class Counsel, whereby Class Counsel shall pay $25,000 to Weitzner and Weitzner's counsel from Class Counsel's $950,000 Fee Award in full and final satisfaction of any claims Weitzner may have.

2. The Court approves the withdrawal of Weitzner's objections to the underlying Class Action Settlement Agreement ("Settlement Agreement").

3. PCNA will pay the Fee Award and incentive payments to Class Counsel within fifteen (15) business days of the Order and Judgment date, which is the date that the Court enters this Order. If the payment date falls on one of the last five (5) business days of the month, payment shall be made on the first business day of the next month.

4. All approved Settlement Class member reimbursement claims shall be paid within ninety (90) days of entry of this Order. Reimbursement claims that are subject to meet and confer and/or appeal and which are approved after the ninety (90) day period shall be paid within thirty (30) days after all such remaining claims are resolved by the Settlement Administrator.

5. The Action is DISMISSED with PREJUDICE as to all Representative Class Plaintiffs and Settlement Class members who did not opt out as provided in Federal Rule of Civil Procedure 23(b)(3).

///
///

6. The Court reserves jurisdiction to enforce the Settlement Agreement.

**IT IS SO ORDERED**

Dated: October 30, 2014

*/s/ Christina A. Snyder*
HON. CHRISTINA A. SNYDER
United States District Judge