1  STEPHEN T. WAIMEY (SBN 87262)
   stephen.waimey@lhlaw.com
2  YVONNE DALTON (SBN 216515)
   yvonne.dalton@lhlaw.com
3  ANIKA S. PADHIAR (SBN 272632)
   anika.padhiar@lhaw.com
4  **LEE, HONG, DEGERMAN, KANG &**
   **WAIMEY**
5  3501 Jamboree Road, Suite 6000
   Newport Beach, CA 92660
6  Telephone: 949.250.9954
   Facsimile:  949.250.9957
7
   JEFFREY A. ROSENFELD (SBN 136896)
8  jeffrey.rosenfeld@dlapiper.com
   MONICA D. SCOTT (SBN 268109)
9  monica.scott@dlapiper.com
   **DLA PIPER LLP (US)**
10 1999 Avenue of the Stars, Suite 400
   Los Angeles, CA  90067-6023
11 Telephone:   310.595.3000
   Facsimile:  310.595.3300
12

13 Attorneys for Defendant
   PORSCHE CARS NORTH AMERICA, INC.
14

15                **UNITED STATES DISTRICT COURT**

16   **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

17 BRUCE EISEN, individually, and on        **CASE NO.  CV11-9405 CAS (FFMx)**
   behalf of a class of similarly situated
18 individuals,                              *[Hon. Christina A. Snyder]*

19                                           ~~[PROPOSED]~~ **ORDER APPROVING**
          Plaintiff,                         **WITHDRAWAL OF OBJECTIONS**
20                                           **TO CLASS ACTION**
                                             **SETTLEMENT; FINAL**
21        v.                                 **JUDGMENT OF DISMISSAL WITH**
                                             **PREJUDICE**
22 PORSCHE CARS NORTH
   AMERICA, INC.,
23
          Defendant.
24

25

26

27

28

LEE, HONG, DEGERMAN, KANG & WAIMEY
3501 Jamboree Road, Suite 6000
Newport Beach, California  92660

LEE, HONG, DEGERMAN, KANG & WAIMEY
3501 Jamboree Road, Suite 6000
Newport Beach, California 92660

1    Having considered Plaintiffs Bruce Eisen, Lee Smith, Kymmberli Ureda and

2    Frederick Nelson-Bonebrake ("Plaintiffs") and Defendant Porsche Cars North

3    America, Inc.'s ("PCNA") Stipulation Re Withdrawal of Objections to Class

4    Action Settlement and Final Judgment of Dismissal with Prejudice, and good cause

5    appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

6    1.    The Court approves the settlement agreement entered into by and

7    between Objector Jill Weitzner ("Weitzner"), her counsel, Eric A. LaGuardia of

8    LaGuardia Law ("Weitzner's counsel"), and Class Counsel, whereby Class

9    Counsel shall pay $25,000 to Weitzner and Weitzner's counsel from Class

10   Counsel's $950,000 Fee Award in full and final satisfaction of any claims

11   Weitzner may have.

12   2.    The Court approves the withdrawal of Weitzner's objections to the

13   underlying Class Action Settlement Agreement ("Settlement Agreement").

14   3.    PCNA will pay the Fee Award and incentive payments to Class

15   Counsel within fifteen (15) business days of the Order and Judgment date, which is

16   the date that the Court enters this Order.  If the payment date falls on one of the last

17   five (5) business days of the month, payment shall be made on the first business

18   day of the next month.

19   4.    All approved Settlement Class member reimbursement claims shall be

20   paid within ninety (90) days of entry of this Order.  Reimbursement claims that are

21   subject to meet and confer and/or appeal and which are approved after the ninety

22   (90) day period shall be paid within thirty (30) days after all such remaining claims

23   are resolved by the Settlement Administrator.

24   5.    The Action is DISMISSED with PREJUDICE as to all Representative

25   Class Plaintiffs and Settlement Class members who did not opt out as provided in

26   Federal Rule of Civil Procedure 23(b)(3).

27   ///

28   ///

1          6.        The Court reserves jurisdiction to enforce the Settlement Agreement.

2          **IT IS SO ORDERED**

3

4   Dated: October 30, 2014

                                                      HON. CHRISTINA A. SNYDER
5                                                     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEE, HONG, DEGERMAN, KANG & WAIMEY
3501 Jamboree Road, Suite 6000
Newport Beach, California  92660

3

ORDER APPROVING WITHDRAWAL OF OBJECTIONS; FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE